Amendment claims for false arrest and malicious prosecution.

The facts of this case, viewed in the light most favorable to the non-moving party (here, Appellee George Mark Tuggle), show that Appellee made two short phone calls within a three minute period, and in each requested a meeting with Appellant Sheriff Victor Hill. In one phone call, Appellee used the term "scum," and in the other used the phrase "short lil' bastard" in reference to Appellant Sheriff Victor Hill. The district court correctly found that no reasonable police officer could have believed that these facts established arguable probable cause to arrest the Appellee for violating Georgia's harassing phone calls statute.

Accordingly, we affirm the district court's decision that Appellants are not entitled to summary judgment on the Appellee's Fourth Amendment claims for false arrest and malicious prosecution.

AFFIRMED.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Philip L. Reizenstein, appointed counsel for Theodis Jones, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Jones's motion to reduce his sentence is **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Theodis JONES, Defendant–Appellant.**

**No. 07–15694**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 5, 2008.

Anne R. Schultz, U.S. Attorney's Office, for Plaintiff–Appellee.

Philip Louis Reizenstein, Philip L. Reizenstein PA, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nathan PARKER, Defendant–Appellant.**

**No. 07–14354**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 5, 2008.